THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POCONO MOUNTAIN SCHOOL  
DISTRICT,

   Plaintiff,      3:15-CV-764  
v.            (JUDGE MARIANI)

T.D., by and through his parent, S.D.L.

   Defendants.

## ORDER

**AND NOW, THIS 8th DAY OF APRIL 2022**, upon consideration of defendants T.D. and S.D.L.'s "Motion for Award of Attorneys' Fees and Costs," (Doc. 91), defendants T.D. and S.D.L.'s "Supplemental Motion for Award of Attorneys' Fees and Costs," (Doc. 109), plaintiff Pocono Mountain School District's "Motion in Opposition to Defendants' Motion for Attorneys' Fees and Costs," (Doc. 99), and other relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

(1) Defendants T.D. and S.D.L.'s Motions are **GRANTED** in part and the Defendants' counsel, McAndrews Law Offices, is awarded $127,564.78 in attorneys' fees based on: 43.68 hours of work by attorney Dennis McAndrews at a rate of $375 per hour; 425.65 hours of work by attorney Michael Gehring at a rate of $375 per hour; 446.59 hours of work by attorney Heather Hulse at a rate of $300 per hour; and 63.83 hours of work by paralegal Roseanne Paul at a rate of $140 per hour. T.D. and S.D.L.'s

counsel is also awarded $9,242.90 as reimbursement of expenses incurred in the litigation of the above-captioned matter. Judgment for attorneys' fees and costs is thus entered in the total amount of $136,807.68 in favor of Defendants and against plaintiff Pocono Mountain School District.

(2) Plaintiff Pocono Mountain School District's Motion is **GRANTED** in part insofar as this Court has reduced the attorneys' fees and costs awarded to T.D.'s counsel.

Robert D. Mariani
United States District Judge