# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POCONO MOUNTAIN SCHOOL DISTRICT | : |
| **Plaintiff** | : |
| v. | : 3:15-CV-764 |
| | : (JUDGE MARIANI) |
| THOMAS D., by and through his Parent Susan D.L. | : |
| **Defendants** | : |

## ORDER

**AND NOW**, **THIS 23RD DAY OF JUNE, 2023,** Magistrate Judge Joseph Saporito having informed the Court that Defendants' "Motion for Award of Attorneys' Fees and Costs" (Doc. 91) and "Supplemental Motion for Award of Attorneys' Fees and Costs" (Doc. 109) have been resolved as a result of settlement negotiations and that the parties have requested that Plaintiff be afforded 60 days to make payment, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motions for Attorneys' Fees and Costs (Docs. 91, 109) are **GRANTED** and resolved in accordance with the agreement of the parties.

2. Plaintiff's payment of attorneys' fees and costs to Defendants shall be made within **60 days** of the date of this Order in accordance with the agreement of the parties.

3. The evidentiary hearing, scheduled to be held on June 29, 2023, is **CANCELLED**.

Robert D. Mariani
United States District Judge